IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DALE W. DUGGER,

        Petitioner,                  No. CIV S-07-2674 WBS JFM P

    vs.

WILLIAM WIENER, et al.,

        Respondents.             ORDER

_____/

        Petitioner, a former state prisoner on parole proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis and a motion for appointment of counsel.

        Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit.  Accordingly, the request for leave to proceed in forma pauperis is granted.  See 28 U.S.C. § 1915(a).

        In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel.  See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).  Accordingly, petitioner's motion for appointment of counsel will be granted.

/////

Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, the Clerk of the Court will be directed to serve a copy of the petition on respondents. A briefing schedule will be set by subsequent order of court.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's request to proceed in forma pauperis is granted.

2. Petitioner's December 11, 2007 motion for appointment of counsel is granted.

3. The Federal Defender is appointed to represent petitioner.

4. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file.

5. A status conference is set for Thursday, March 13, 2008, at 11:00 a.m. in Courtroom # 26.

6. All parties shall appear at the status conference by counsel.

7. Fourteen days prior to the conference, the parties shall file and serve status reports which address the timing and order of the following matters:

    a. Discovery and investigations;

    b. Anticipated motions;

    c. The need for and timing of an evidentiary hearing;

    d. Enumeration and resolution of unexhausted claims;

    e. Possible future amendments to the pleadings; and

    f. A proposed briefing schedule for disposition of petitioner's claims.

The parties are advised that failure to timely file a status report may result in sanctions.

8. The Clerk of the Court is directed to serve a copy of the petition and this order on Carolyn Wiggin, Assistant Federal Defender.

/////

/////

/////

9. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for writ of habeas corpus on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: January 23, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

dugg2674.100