IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE W. DUGGER, | |
| Petitioner, | No. 2:07-cv-2674 WBS JFM (HC) |
| vs. | |
| WILLIAM WIENER, et al., | |
| Respondents. | ORDER |
| _____/ | |

      Petitioner is a former state prisoner on parole proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to court order, the parties have filed a joint status report in advance of the status conference set for June 12, 2008.

      After review of said status report, and good cause appearing, IT IS HEREBY ORDERED that:

      1.  On or before July 31, 2008, petitioner shall file either (1) a statement of intent to stand on the original petition and memorandum of points and authorities; (2) an amended petition containing only exhausted claims; or (3) an amended petition that identifies both exhausted and unexhausted claims, demonstrates good cause for the failure to exhaust state court remedies with respect to the unexhausted claims, and states whether he has any intention to pursue unexhausted claims;

2. The status conference set for June 12, 2008, at 11:00 a.m. in Courtroom # 26 is continued to Thursday, August 21, 2008, at 11:00 a.m. in Courtroom # 26.

3. All parties shall appear at the status conference by counsel.

4. Fourteen days prior to the conference, the parties shall file and serve status reports which address, as appropriate, the timing and order of the following matters:

    a. Discovery and investigations;

    b. Anticipated motions;

    c. The need for and timing of an evidentiary hearing;

    d. Enumeration and resolution of unexhausted claims; and

    e. A proposed briefing schedule for disposition of petitioner's claims.[1]

DATED: June 3, 2008.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

12
dugg2674.sc2

---

[1] In the joint status report filed June 1, 2008, respondents request ninety days from July 31, 2008 to respond to whatever pleading is operative following petitioner's filing that day. Good cause appearing, the court will defer further scheduling of this matter until the status conference on August 21, 2008.