IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DALE W. DUGGER,

    Petitioner,                    No. 2:07-cv-2674 WBS JFM (HC)

    vs.

WILLIAM WIENER, et al.,

    Respondents.              <u>ORDER</u>

_____/

        Petitioner is a former state prisoner on parole proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to court order, the parties have filed a joint status report in advance of the status conference set for September 25, 2008.

        After review of said status report, and good cause appearing, IT IS HEREBY ORDERED that:

        1.  On or before October 2, 2008, petitioner shall file either (1) a statement of intent to stand on the original petition and memorandum of points and authorities; (2) an amended petition containing only exhausted claims; or (3) an amended petition that identifies both exhausted and unexhausted claims, demonstrates good cause for the failure to exhaust state court remedies with respect to the unexhausted claims, and states whether he has any intention to pursue unexhausted claims;

1

1      2.  The court will issue a further order regarding the scheduling of this matter
2 following review of petitioner's October 2, 2008 filing; and
3      2.  The status conference set for September 25, 2008 at 11:00 a.m. is vacated.
4 DATED:  September 19, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12
dugg2674.sc4