IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DALE W. DUGGER,

    Petitioner,                    No. CIV S-07-2674 WBS JFM P

   vs.

WILLIAM WIENER, et al.,

    Respondents.              <u>ORDER</u>

_____/

        Petitioner is a former state prisoner on parole proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to court orders, petitioner has filed an amended petition.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to answer the amended petition. Respondents' request for ninety days in which to answer the amended petition, contained in the joint status report filed September 12, 2008 is granted. The court will not extend further the time for filing an answer to the amended petition.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file an answer within ninety days from the date of this order. <u>See</u> Rule 4, Rules Governing Section 2254 Cases. Respondents shall include with the

answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.  Rule 5, Rules Governing Section 2254 Cases; and

    2.  Petitioner's traverse, if any, is due on or before thirty days from the date respondents' answer is filed.

DATED: October 6, 2008.

                                      UNITED STATES MAGISTRATE JUDGE

/dugg2674.100amd