IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DALE W. DUGGER,

    Petitioner,               No. 2:07-cv-2674-WBS-JFM (HC)

  vs.

WILLIAM WIENER, et al.,

    Respondents.        <u>ORDER</u>

_____/

        On October 7, 2008 Respondent was given ninety days in which to respond to the petition herein.  In the same order Respondent was cautioned that the deadline would not be extended.  Now Respondent seeks an additional sixty days to file a response.  In the request for extension Respondent's counsel gives no indication that any effort has been made to prioritize her workload, and there is nothing in the request to engender confidence that a response will be forthcoming in the time requested.

/////

/////

/////

/////

1

1   Accordingly, Respondent's request for extension is DENIED. The response to the
2   petition shall be filed on or before January 28, 2009.
3   Dated: January 13, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/dugg2674.ext